JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| QUAID AKEEM CORNELL, | ) | NO. EDCV 22-2261 CAS (KS) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARREN L. MONTGOMERY, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that this action is dismissed.

DATED: February 2, 2024

_____
CHRISTINA A. SNYDER
SENIOR UNITED STATES DISTRICT JUDGE